# United States District Courts
WESTERN DISTRICT OF TEXAS

United States of America

v.

(1) Carlos Obed Yepez-Bedoya

**WARRANT FOR ARREST**

Case Number: DR:24-M -00501(1)

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Carlos Obed Yepez-Bedoya
                                                                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment    [ ] Information    [X] Complaint    [ ] Order of Court    [ ] Violation Notice    [ ] Probation Violation Petition

charging him or her with (brief description)

*On or about February 21, 2024, the defendant, Carlos Obed, Yepez-Bedoya, an alien who is a native and citizen of Colombia, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.*

in violation of Title   **8**   United States Code, Section(s)   **1325(a)(1)**

MATTHEW H. WATTERS                                      UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                                                   Title of Issuing Officer

*/s/ Matthew H. Watters*
Signature of Issuing Officer                                     February, 23, 2024 DEL RIO, Texas
                                                                       Date and Location

Bail Fixed at $    DETAIN    by    MATTHEW H. WATTERS
                                                           Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-name defendant at DEL RIO, Texas.

| Date Received<br>February 23, 2024 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>February 21, 2024 | Quezada, Emanuel<br>Border Patrol Agent | /s/ Quezada, Emanuel |