# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| vs. § | Case Number:  DR:24-M -00501(1) |
| § | |
| (1) Carlos Obed Yepez-Bedoya § | |
| *Defendant* | |

# ORDER

On motion of the United States Government requesting detention of the Defendant, (1) Carlos Obed Yepez-Bedoya, a hearing was set for February 29, 2024.

Sostenes Mireles was appointed to represent the defendant.  On February 27, 2024, the attorney for the defendant filed a Waiver of Detention Hearing signed by the attorney, and the defendant waiving the hearing and the right to contest the Government's motion,

THEREFORE, pursuant to this waiver, it is ordered that the defendant be detained without bond until the completion of this case.

SIGNED this 27th day of February, 2024.

_____
HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE